

FILED

APR -9 2010

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 09-26849-C-11 |
| CWS ENTERPRISES, INC., | |
| Debtor(s). | |

**ORDER VACATING ENTRY OF DOCUMENT NO. 356 ON DOCKET**

A review of the docket reflects that the draft Civil Minute Order attached as Exhibit A to this order shows as "entered" on March 23, 2010. The order, however, has never been signed and is not a valid order. Therefore, the entry of the document on the docket is vacated as an administrative error pursuant to Federal Rule of Civil Procedure 60(a).

SO ORDERED.

Dated: April 9, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

407

FILED
March 22, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
D356

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | CWS Enterprises, Inc. | **Case No :** | 09-26849 - C - 11 |
| | | **Date :** | 3/10/2010 |
| | | **Time :** | 10:00 |

**Matter :** [312] - Counter Motion for Partial Summary Judgment [DD-3] Filed by Creditor Charles W. Siller to be held on 3/10/2010 at 10:00 AM at Sacramento Courtroom 35, Department C. (jtis)

**Judge :** Christopher M. Klein
**Courtroom Deputy :** Teresa Jackson
**Reporter :** Diamond Reporters
**Department :** C

**APPEARANCES for :**
**Movant(s) :**
  Debtor(s) Attorney - Andrea Porter
**Respondent(s) :**
  Trustee - David D. Flemmer
  Trustee's Attorney - Daniel L. Egan
  Trustee's Attorney - Samson Elsbernd; Bradley Benbrook
  Creditor - Dennis Hauser; Estela Pino; David Haynes; Walter Dahl; Howard Nevins
  Party - Randy Michelson

### CIVIL MINUTE ORDER

Findings of fact and conclusions of law having been stated orally on the record and good cause appearing.

IT IS ORDERED that the motion is granted.

EXHIBIT A

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

2    On the date indicated below, I served a true and correct copy(ies) of the attached document by placing said copy(ies) in a
3  postage paid envelope addressed to the person(s) hereinafter listed and by depositing said envelope in the United States mail
4  or by placing said copy(ies) into an interoffice delivery receptacle located in the Clerk's Office.

5

6  Randy Michelson
   150 Spear St #1600
7  San Francisco, CA 94105

8  Dahl & Dahl
   2304 N Street
9  Sacramento, CA 95816-5716

10

11 Dated: APR - 9 2010

12                                *Sheryl Beverly*
                                  DEPUTY CLERK