IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

COTCHETT, PITRE & McCARTHY
and SPILLER • McPROUD,

      Appellants,                          Civ. No. S-10-0780 KJM

    vs.

CWS ENTERPRISES, Inc., a California
Corporation,

      Appellee,
_____/

In re
CWS Enterprises, Inc., Debtor.            Civ. No. S-11-1833 WBS
-----------------------------------------------/   Bankr. Case No. 09-26849-C-11
CWS Enterprises, Inc., by David
Flemmer, its Chapter 11 Trustee

      Plaintiff,

    vs.                                       NON-RELATED CASE ORDER

Friedberg & Parker, A Law
Corporation,

      Defendant.
---------------------------------------------/
/////

/////

1

1  The court has received the Notice of Related Cases concerning the above-
2 captioned cases filed July 13, 2011.  *See* Local Rule 123.  The court has determined, however,
3 that it is inappropriate to relate or reassign Civ. No. S-11-1833 WBS, and therefore declines to
4 do so.  This order is issued for informational purposes only, and shall have no effect on the status
5 of the cases, including any previous Related (or Non-Related) Case Order of this court.
6  IT IS SO ORDERED.
7 DATED:  August 9, 2011

UNITED STATES DISTRICT JUDGE

2