IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COTCHETT, PITRE & McCARTHY and SPILLER • McPROUD, | |
| Appellants, | No. CIV S-10-779 KJM |
| vs. | |
| CHARLES W. SILLER, | |
| Appellee, _____/ | |
| COTCHETT, PITRE & McCARTHY and SPILLER • McPROUD, | |
| Appellants, | No. CIV S-10-0780 KJM |
| vs. | |
| CWS ENTERPRISES, Inc., a California Corporation, | |
| Appellee, _____/ | |
| SPILLER • McPROUD, | |
| Appellants, | No. CIV S-12-242 KJM |
| vs. | |
| CWS ENTERPRISES, Inc., a California Corporation, | |
| Appellee, _____/ | |

1

| | | |
|---|---|---|
| 1 | CHARLES W. SILLER, | |
| 2 |        Appellant, | No. CIV S-12-263 KJM |
| 3 |   vs. | |
| | SPILLER • McPROUD, | |
| 4 | | |
| 5 |        Appellee,                / | |
| 6 | CHARLES W. SILLER, | |
| 7 |        Appellant, | No. CIV S-12-313 JAM |
| |   vs. | |
| 8 | | |
| 9 | 1220 Whyler Rd., Yuba City, CA 95591<br>TIN: xxxxxx7516, | |
| 10 |        Appellee, | |
| 11 |                             / | |

        Examination of case number Civ S-12-313 reveals that it is related within the meaning of Local Rule 123(a). This action is related to Spiller • McProud's claim in Siller's bankruptcy proceedings. Accordingly, the assignment of this matter to the same judge is likely to effect a substantial savings of judicial effort and is likely to be convenient for the parties.

        The parties should be aware that relating cases under Rule 123 causes the actions to be assigned to the same judge – it does not consolidate the actions. Under Rule 123, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

        As a result, it is hereby ORDERED that case number CIV S-12-313 JAM is reassigned from Judge Mendez to the undersigned. Henceforth, the caption on documents filed in the reassigned case shall be shown as: CIV S-12-313 KJM.

        It is further ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

        IT IS SO ORDERED.

DATED: March 20, 2012.

                                                      UNITED STATES DISTRICT JUDGE