IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| COTCHETT, PITRE & McCARTHY and SPILLER • McPROUD, | | |
| Appellants, | | No. CIV S-10-0779 KJM |
| vs. | | |
| CHARLES W. SILLER, | | |
| Appellee, | / | |
| COTCHETT, PITRE & McCARTHY and SPILLER • McPROUD, | | |
| Appellants, | | No. CIV S-10-0780 KJM |
| vs. | | |
| CWS ENTERPRISES, INC., a California Corporation, | | |
| Appellee, | / | |

The parties are directed to notify the court within seven days of the date of this order whether a transcript of the arbitration proceedings exists, *see* ER 225, and if so, how long it will take to lodge the transcript with this court.

DATED: April 2, 2012.

_____
UNITED STATES DISTRICT JUDGE

1